UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ACCESS FOR THE DISABLED, INC., a Florida
not for profit corporation, and PATRICIA
KENNEDY, Individually,

    Plaintiffs,

v.                                              Case No.: 8:11-CV-2158-T33MAP

SPARTA NICHOLOUDIS IRREV. TRUST 1/3
INT., STELLA NICHOLOUDIS, CO-TRUSTEE
and PAULINE CAHALES, CO-TRUSTEE,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Access for the Disabled, Inc. and Patricia Kennedy and Defendant, SPARTA NICHOLOUDIS IRREVOCABLE TRUST ("the TRUST" hereafter), pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby dismiss this action with prejudice with each party to bear its own fees and costs.

Dated: May 24, 2012                              Respectfully submitted,

ACCESS FOR THE DISABLED, INC., a    SPARTA NICHOLOUDIS IRREV. TRUST
Florida not for profit corporation, and
PATRICIA KENNEDY, Individually

_____   /s/Joel W. Walters
Thomas E. Acey, Jr., Esquire               WALTERS LEVINE
Thomas E. Acey, Jr., P.A.                 KLINGENSMITH & THOMISON, P.A.
1994 Willow Wood Drive                  1819 Main Street, Suite 1110
Kissimmee, Florida 34746                Sarasota, Florida 34236
407-791-3424                                     (941) 364-8787
407-641-8144 Fax                         (941) 361-3023 Fax
thomasaceylaw@yahoo.com               jwalters@walterslevine.com
Florida Bar No. 874612                    Florida Bar No. 604356

SO ORDERED:

_____
The Honorable Virginia M. Covington
United States District Court Judge